IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ESTIFANOS FSEHAYE GHEBREMESKEL,
A# 249-383-482                                                          PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-cv-383-DCB-RPM

RAFAEL VERGARA,
Warden of Adams County Correctional Center, et al.          RESPONDENTS

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Estifanos Fsehaye
Ghebremeskel's petition [1] for habeas relief filed on April 23, 2026, under 28 U.S.C.
§ 2241.   Petitioner is an immigration detainee housed at the Adams County
Correctional Center in Natchez, Mississippi.

Having reviewed the Court's records, Petitioner's previously filed § 2241
habeas petition in *Fsehaye Ghebremeskel v. U. S. Immigration & Customs
Enforcement*, 5:26-cv-213-DCB-BWR (S.D. Miss. filed Mar. 25, 2026) ("Fsehay
Ghebremeskel 1") is pending.   In "Fsehay Ghebremeskel 1," an Order was entered
[9] on April 14, 2026, directing that Petitioner on or before April 29, 2026, to
respond and name his custodian as the proper respondent.    In reviewing and
comparing the Petition [1] in the instant civil action with the Petition [1] and Order
[9] in "Fsehay Ghebremeskel 1," it appears that Petitioner meant to have the
Petition [1] in the instant civil action filed as a response to the Order [9] in "Fsehay
Ghebremeskel 1."   Petitioner therefore will be directed to respond to this Order and
inform the Court if the Petition in this civil action is a response to the Order [9]

entered in "Fsehay Ghebremeskel 1" or if the Petition is a new and separate civil action.   Accordingly, it is

ORDERED AND ADJUDGED:

1.   That the Clerk is directed to mail to Petitioner at his last known address a copy of the Petition [1] and a copy of the Court's Order [9] filed in *Fsehaye Ghebremeskel v. U. S. Immigration & Customs Enforcement*, 5:26-cv-213-DCB-BWR (S.D. Miss. filed Mar. 25, 2026).

2.   That the Clerk is directed to mail to Petitioner at his known address a copy of the Petition [1] filed in the instant civil action.

3.   That **on or before June 15, 2026**, Petitioner is directed to file a response and provide the following:

(a)   is the Petition filed in this case Petitioner's response to the Order [9] entered in *Fsehaye Ghebremeskel v. U. S. Immigration & Customs Enforcement*, 5:26-cv-213-DCB-BWR (S.D. Miss. filed Mar. 25, 2026)? YES or NO

or

(b)   if the Petition filed in this case is **not** Petitioner's response to the Order [9] entered in *Fsehaye Ghebremeskel v. U. S. Immigration & Customs Enforcement*, 5:26-cv-213-DCB-BWR (S.D. Miss. filed Mar. 25, 2026, is Petitioner filing the Petition as a new and separate civil action?   YES or NO.

4.   That Petitioner shall file his written signed response with the Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackosn, Mississippi 39201.

2

Petitioner is warned that his failure to fully comply with any order of the Court in a timely manner or failure to advise the Court of a change of address may result in the dismissal of this case.

SO ORDERED, this 1st day of June, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

3