IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


ESTIFANOS FSEHAYE GHEBREMESKEL,
A#249-383-482                                                        PETITIONER

V.                                          CIVIL ACTION NO. 5:26-CV-383-DCB-RPM

RAFAEL VERGARA, Warden of
Adams County Correctional Center, ET AL.                    RESPONDENTS

ORDER OF DISMISSAL

This matter is before the Court on pro se Petitioner Estifanos Fsehaye Gheremeskel's Response [4] to the Court's Order [3] entered on June 17, 2026.    As directed by the Court, Petitioner clarifies in his Response that this "is not a new and separate civil action," but responds to the Court's Order [9] in his previously filed habeas.    Resp. [4] at 1.    The Court will direct that a copy of the Petition [1] filed in this case be filed in Petitioner's previously filed and pending habeas, *Fsehaye Ghebremeskel v. Vergara*, No. 5:26-cv-213-DCB-BWR, (S.D. Miss. filed Mar. 25, 2026).    The Court also finds that Petitioner's Response will be construed as a voluntary dismissal of this case so that he may proceed in his previously filed and pending habeas civil action, *Fsehaye Ghebremeskel v. Vergara*, No. 5:26-cv-213-DCB-BWR.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Clerk is directed to file as of the date of this Order a copy of the Petition [1] filed in this civil action in Petitioner's previously filed and pending habeas civil action, *Fsehaye Ghebremeskel v. Vergara*, No. 5:26-cv-213-DCB-BWR, (S.D. Miss. filed Mar. 25, 2026), and file it as a Response to the Order [9] entered on April 14, 2026.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner's Response [4] is also construed as a notice of voluntary dismissal and this case is dismissed without prejudice so that Petitioner may proceed in his previously filed and pending habeas, *Fsehaye Ghebremeskel v. Vergara*, No. 5:26-cv-213-DCB-BWR.[1]

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

THIS the __18th__ day of June, 2026.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241 when the petitioner is in federal detention.   *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005) (citing *Ojo v. I.N.S*, 106 F.3d 680, 681 (5th Cir.1997)).